**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DR. JOSE G. DONES,** | § § § | |
| **Plaintiff/Relator,** | § § | **CIVIL ACTION NO. 1:21-cv-181** |
| **v.** | § § | **FILED UNDER SEAL** |
| **HARLINGEN MEDICAL CENTER, L.P., DR. ERIC G. SIX, VALLEY NEUROSURGEONS, P.L.L.C., MICHAEL GONZALES, NUERA MEDICAL, L.L.C., and PRIME HEALTHCARE, SERVICES, INC.** | § § § § § § § § | |
| **Defendants.** | § | |

**THE UNITED STATES' NOTICE OF**
**ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. By declining to intervene in this case, the United States is not waiving or otherwise affecting the rights or ability of the United States or any other person to contend that provisions in the False Claims Act, including 31 U.S.C. §§ 3730(b)(5), 3730(d)(3), and 3730(e), bar Relator or any other person from proceeding with this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain a *qui tam* action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either Relator or Defendants propose that this

action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel.  The United States reserves its right to order any deposition transcripts; to intervene in this action, for good cause, at a later date; and to seek the dismissal of Relator's action or claims.  The United States also requests that it be served with all notices of appeal.

Finally, the United States requests the Court unseal this Notice, the attached proposed Order, and Relator's Complaint. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY


/s/ Jill O. Venezia
JILL O. VENEZIA
Assistant United States Attorney
Texas Bar # 24010764
Southern District of Texas Bar No. 31305
1000 Louisiana, Suite 2300
Houston, Texas  77002
Telephone: (713) 567-9511
Facsimile: (713) 718-3309
Email: Jill.Venezia@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention and accompanying Proposed Order were by email on this, the 23rd day of January, 2023, to:

Michael Cowen
Cowen, Rodriguez, Peacock, P.C.
6243 IH-10 West, Suite 801
San Antonio, Texas 78201

Attorney for Plaintiff/Relator


/s/ Jill O. Venezia
JILL O. VENEZIA
Assistant United States Attorney

3