IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* [under seal], | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:21-cv-181 |
| HARLINGEN MEDICAL CENTER L.P., DR. ERIC G. SIX, VALLEY NEUROSURGEONS P.L.L.C., MICHAEL GONZALES, NUERA MEDICAL L.L.C, and PRIME HEALTHCARE SERVICES, INC., | § § § § § § § § | **FILED UNDER SEAL** |
| Defendants. | § | |

___

**THE STATE OF TEXAS'S NOTICE OF ELECTION TO DECLINE INTERVENTION; AND PROPOSED ORDER**

**[Attention Sealed Clerk]**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* DR. JOSÉ G. DONES, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:21-cv-181 |
| HARLINGEN MEDICAL CENTER L.P., DR. ERIC G. SIX, VALLEY NEUROSURGEONS P.L.L.C., MICHAEL GONZALES, NUERA MEDICAL L.L.C, and PRIME HEALTHCARE SERVICES, INC., | § § § § § § § § | **FILED UNDER SEAL** |
| Defendants. | § | |

## THE STATE OF TEXAS'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the Texas Medicaid Fraud Prevention Act ("TMFPA"), chapter 36 of the Texas Human Resources Code, the State of Texas ("Texas" or "the State") hereby notifies the Court of Texas's decision not to intervene in this action. Tex. Hum. Res. Code § 36.104(a)(2).

Although Texas declines to intervene, Texas respectfully refers the Court to the provisions of the TMFPA. Specifically, Tex. Hum. Res. Code § 36.104(b) provides that "[i]f the state declines to take over the action, the person bringing the action may proceed without the state's participation." Texas requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of Texas before ruling or granting its approval. *See* Tex. Hum. Res. Code § 36.102(e).

Furthermore, pursuant to Tex. Hum. Res. Code § 36.104(b-1), Texas requests that all pleadings filed in this action be served upon Texas and that orders issued by the Court be sent to

the State. Texas reserves the right to order all deposition transcripts and to intervene in this action, for good cause, at a later date. Texas also requests that it be served with all notices of appeal. Texas reserves the right to seek the dismissal of the relator's action or claim. Tex. Hum. Res. Code § 36.107(b).

Finally, the State requests that the relator's Complaint, this Notice, and the attached Order be unsealed. The State requests that all other papers on file in this action remain under seal because in discussing the content and extent of the State's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: January 25, 2023

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

ELIZABETH BROWN FORE
Chief, Civil Medicaid Fraud Division

/s/ Cynthia Lu
CYNTHIA LU
Texas Bar No: 24067897
S.D. of Texas Bar No.: 1037346
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division

P.O. Box 12548
Austin, Texas 78711
Phone: (512) 936-0261
cynthia.lu@oag.texas.gov
*ATTORNEYS FOR THE STATE OF TEXAS*

# CERTIFICATE OF SERVICE

I certify that, on January 25, 2023, a true and correct copy of the foregoing document, The State of Texas's Notice of Election to Decline Intervention, and the accompanying Proposed Order were served on the following persons via electronic mail:

Michael Cowen
Cowen, Rodriguez, Peacock, P.C.
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Phone: (210) 941-1301
Fax: (210) 880-9461
michael@cowenlaw.com

Jill O. Venezia
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: (713) 567-9511
Fax: (713) 718-3309
Jill.Venezia@usdoj.gov

s/ Cynthia Lu
CYNTHIA LU
Assistant Attorney General
State of Texas