Case 1:21-cv-00181   Document 15   Filed on 01/26/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § VS. § HARLINGEN MEDICAL CENTER, L.P., *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:21-CV-181 |

## **ORDER**

Plaintiff/Relator Dr. Jose Gilberto Dones filed a Complaint (Doc. 1) under the False Claims Act, 31 U.S.C. 3730, et seq. Since then, and pursuant to the provisions of the False Claims Act, the United States of America and the State of Texas have conducted their investigation into the allegations.

On January 23, 2023, the United States filed its Notice of Election to Decline Intervention (Doc. 13). Two days later, the State of Texas filed its Notice of Election to Decline Intervention (Doc. 14).

Based on the record in this case and the applicable law, it is:

**ORDERED** that the Complaint filed by Relator Dr. Jose Gilberto Dones (Doc. 1) shall be unsealed, and the Complaint shall be served upon Defendants by Relator;

**ORDERED** that all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants, with the exception of this Order, the United States's Notice of Election to Decline Intervention (Doc. 13), and the State of Texas's Notice of Election to Decline Intervention (Doc. 14), which Relator will serve upon Defendants only after service of the Complaint;

**ORDERED** that the seal is lifted as to all other matters occurring in this action after the date of this Order;

**ORDERED** that the parties shall serve all pleadings and motions filed in these actions, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the State of Texas, as provided by TEX. HUM. RES. CODE § 36.104(b-1). The United States and the State of Texas may order any deposition transcripts and are entitled to intervene in these actions, for good cause, at any time;

**ORDERED** that the parties shall serve all notices of appeal upon the United States and the State of Texas;

**ORDERED** that all orders of this Court shall be sent to the United States and the State of Texas; and

**ORDERED** that should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Texas before ruling or granting its approval.

Signed on January 26, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge