IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex. rel.* DR. JOSE DONES | § § § § | CIVIL ACTION NO. 1:21-cv-00181 |
| *Plaintiffs* | § § | |
| vs. | § § | JURY TRIAL DEMANDED |
| HARLINGEN MEDICAL CENTER, L.P. DR. ERIC G. SIX, VALLEY NEUROSURGEONS, P.L.L.C., MICHAEL GONZALEZ, NUERA MEDICAL L.L.C. and PRIME HEALTHCARE SERVICES, INC. *Defendants* | § § § § § § § § | FILED UNDER SEAL |

**PARTIES' JOINT MOTION FOR EXTENSION OF DEFENDANTS TIME TO RESPOND TO RELATOR'S FIRST AMENDED COMPLAINT AND FOR ESTABLISHMENT OF BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Relator Dr. Jose G. Dones ("Relator") and Defendants Harlingen Medical Center, L.P., Prime Healthcare Services, Inc., Dr. Eric G. Six, and Valley Neurosurgeons, P.L.L.C., Michael Gonzalez and NuEra Medical, L.L.C. (collectively "Defendants"), by and through undersigned counsel, respectfully request an extension of time for Defendants to respond to the Plaintiff's First Amended Complaint until May 29, 2023, and for the establishment of a briefing schedule with respect to the motions to dismiss anticipated to be filed on that date. Counsel for Relator and Defendants conferred in good faith with respect to this extension and jointly make this motion. In support of the motion, the Defendants submit that good cause exists for the extension as follows:

1. On November 17, 2021, Relator filed his Original Complaint under seal pursuant to 31 U.S.C. § 3730(b)(2), alleging causes of action under the federal False Claims Act and the Texas Medicaid Fraud Prevention Act. (Doc. 1)

2. On January 23, 2023, the United States filed its Notice of Election to Decline Intervention (Doc. 13). On January 25, 2023, the State of Texas filed its Notice of Election to Decline Intervention (Doc. 14). On January 26, 2023, the Court entered an order that the Original Complaint be unsealed and served upon the Defendant (Doc.15). Defendants Michael Gonzalez and NuEra Medical, L.L.C. were served on March 6, 2023. Defendant Harlingen Medical Center, L.P. was served on March 8, 2023. Prime Healthcare Services, Inc. was served on March 14, 2023. Defendants Dr. Eric G. Six and Valley Neurosurgeons, P.L.L.C. were served on March 14, 2023.

3. On March 27, 2023, Plaintiff filed his First Amended Original Complaint (Doc.18) and by agreement served the parties, through counsel, on the same date.

- Pursuant to [Fed. R. Civ. P. 4(d)(3) or Fed. R. Civ. P. 12(a)(1)], Defendants currently are required to respond to the Second Amended Complaint by April 17, 2023.

4. Defendants intend to file motions to dismiss and seek an extension of their time to respond to the First Amended Complaint until May 29, 2023, to align the Defendants' response dates in the action. This alignment of response dates will serve the interest of judicial economy by streamlining the timing of motions aimed at the sufficiency of the First Amended Complaint and providing an opportunity for Defendants to confer and potentially avoid duplication of argument.

5. Counsel for the parties conferred on March 24, 2023, about the Defendants' intent to seek an extension to align the response deadlines, and Relator does not oppose the extension of time.

6. The Parties further conferred and jointly request that the Court enter an order setting the following briefing schedule with respect to the anticipated motions to dismiss:

    a. **May 29, 2023:** Deadline for Defendants to file motions to dismiss or otherwise respond to the First Amended Complaint.

    b. **June 30, 2023:** Deadline for Relator to file his response in opposition to motions to dismiss.

    c. **July 21, 2023:** Deadline for Defendants to file reply in support of motions to dismiss.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the time within which Defendants may respond to the First Amended Complaint to May 29, 2023, and for the Parties to follow the above-outlined briefing schedule.

Respectfully Submitted,

<u>Michael Rodriguez /s/</u>
Michael Rodriguez
Attorney in Charge for Defendants
Harlingen Medical Center L.P., Prime Healthcare Services, Inc.
State Bar No. 00791553
Federal ID No. 18759
222 N. Expressway 77, Ste 203
Brownsville, TX 78521-2258
Telephone no.  (956) 574-9333
Telecopy No.  (956) 574-9337
**Attorneys for Defendant Harlingen Medical, L.P. Center and Prime Healthcare Services, Inc.**

<u>Clinton Mikel /s/</u>
Clinton Mikel
The Health Law Partners, P.C.
Attorney in Charge for Defendants
Michael Gonzalez and NuEra Medical L.L.C.
State Bar No. 24133667
(*S.D. Tex. Admission Pending*)
32000 Northwestern, #240
Farmington Hills, MI 48334
Telephone no. (248) 996-8510
Telecopy No.  (248) 996-8525
Email: cmikel@thehlp.com
**Attorneys for Defendants Michael Gonzalez NuEra Medical L.L.C.**

OF COUNSEL:

ATLAS, HALL & RODRIGUEZ, LLP
222 N. Expressway 77, Ste 203
Brownsville, TX 78521-2258
Telephone no.  (956) 574-9333
Telecopy No.  (956) 574-9337

<u>Marion R. Lawler III</u> /s/
Marion R. Lawler III
State Bar No. 12040220
USDC No. 15134
Edmundo Leandro III
State Bar No. 24098773
USDC No. 3611816
LAWLER & ASSOCIATES, P.C.
805 Media Luna, Ste. 620
Brownsville, Texas 78520
Telephone: (956) 574-0813
Facsimile: (956) 574-0920
E-service: nmartinez@lawler3firm.com
Email: mlawler@lawler3firm.com
Email:  eleandro@lawler3firm.com
**Attorneys for Defendants Dr. Eric G. Six and Valley Neurosurgeons, PLLC**

*Michael Cowen with permission*
Michael Cowen
State Bar No. 00795306
USDC No. 19967
**COWEN RODRIGUEZ PEACOCK, PC**
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Telephone (210) 941-1301
Facsimile: (210) 880-9461
E-mail for service: efilings@cowenlaw.com
Personal e-mail: michael@cowenlaw.com

*Francisco Guerra IV with permission*
Francisco Guerra IV
State Bar No. 00796684
USDC No. 22568
Edward Allred
State Bar No. 50511764
USDC No. 22973
State Bar No. 24124779
**WATTS GUERRA, LLP**
3 Dominion Dr., Ste. 100
San Antonio, Texas 78257
E-mail: fguerra@wattsguerra.com

**Attorneys for Plaintiff**
