IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex. rel.* DR. JOSE DONES | § § § § | |
| *Plaintiffs* | § § | CIVIL ACTION NO. 1:21-cv-00181 |
| vs. | § § § | JURY TRIAL DEMANDED |
| HARLINGEN MEDICAL CENTER, L.P. DR. ERIC G. SIX, VALLEY NEUROSURGEONS, P.L.LC., MICHAEL GONZALEZ, NUERA MEDICAL L.L.C. and PRIME HEALTHCARE SERVICES, INC. *Defendants* | § § § § § § § § § | FILED UNDER SEAL |

**ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF DEFENDANTS TIME TO RESPOND TO RELATOR'S FIRST AMENDED COMPLAINT AND FOR ESTABLISHMENT OF BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

ON THIS the _____ day of _____, 2023 came on to be heard the Parties Joint Motion for Extension of the Defendants Time to Respond to Relator's First Amended Complaint and for Establishment of Briefing Schedule on Motions to Dismiss and it appears to the Court that this Motion is meritorious and should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the following schedule is entered for the purposes of filing Motions to Dismiss or otherwise responding to the First Amended Complaint and for a briefing schedule related thereto:

**May 29, 2023:** Deadline for Defendants to file motions to dismiss or otherwise respond to the First Amended Complaint.

**June 30, 2023:** Deadline for Relator to file his response in opposition to motions to dismiss.

**July 21, 2023:** Deadline for Defendants to file reply in support of motions to dismiss.

SIGNED this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE