United States District Court
Southern District of Texas
**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-181 |
| | § | |
| HARLINGEN MEDICAL CENTER, L.P., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Relator Dr. Jose G. Dones and Defendants Harlingen Medical Center, L.P., Prime Healthcare Services, Inc., Dr. Eric G. Six, Valley Neurosurgeons, P.L.L.C., Michael Gonzalez, and NuEra Medical, L.L.C. request an extension of time for Defendants to respond to Relator's First Amended Complaint (Doc. 18). (Joint Motion, Doc. 19) They also request a briefing schedule for anticipated motions to dismiss. (*Id.*) The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that the Parties' Joint Motion for Extension of Defendants [sic] Time to Respond to Relator's First Amended Complaint and for Establishment of Briefing Schedule on Motions to Dismiss (Doc. 19) is **GRANTED**; and

**ORDERED** that the parties shall adhere to the following schedule:

1. Defendants shall file a responsive pleading to the First Amended Complaint (Doc. 18) by no later than:     May 29, 2023

2. Relator shall file his response in opposition to any motions to dismiss by no later than:     June 30, 2023

3. Defendants shall file a reply in support of any motions to dismiss by no later than:     July 21, 2023

Signed on April 3, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge