# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS ex rel. DR. JOSÉ G. DONES,<br><br>Plaintiffs,<br><br>v.<br><br>HARLINGEN MEDICAL CENTER L.P., DR. ERIC G. SIX, VALLEY NEUROSURGEONS P.L.L.C., MICHAEL GONZALES, NUERA MEDICAL L.L.C., and PRIME HEALTHCARE SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:21-CV-181 |

## DEFENDANTS HARLINGEN MEDICAL CENTER L.P.'S AND PRIME HEALTHCARE SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Harlingen Medical Center L.P. and Prime Healthcare Services, Inc. (collectively "Defendants") file this Certificate of Interested Persons.

**I.**

Defendants provide the following information:

1. Defendant Harlingen Medical Center L.P., *dba* Harlingen Medical Center, is a private limited partnership. It is owned by Prime Healthcare Services – Harlingen Management, L.L.C. (General Partner) and Prime Healthcare Services – Harlingen, L.L.C. (Limited Partner). These entities are owned by Defendant Prime Healthcare Services, Inc.

1.1 Defendant Prime Healthcare Services, Inc. is a private corporation. It has no parent corporation or other corporation owning more than 10% of its stock.

**II.**

Defendants state that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. United States of America - Plaintiff;
2. State of Texas – Plaintiff;
3. Dr. José G. Dones – Plaintiff;
4. Harlingen Medical Center, L.P. – Defendant;
5. Dr. Eric G. Six – Defendant;
6. Valley Neurosurgeons, P.L.L.C. – Defendant;
7. Michael Gonzales – Defendant;
8. NuERA Medical, L.L.C. – Defendant; and
9. Prime Healthcare Services, Inc. – Defendant.

Respectfully submitted this 4th day of April, 2023.

Respectfully Submitted,

<u>Michael Rodriguez /s/</u>
Michael Rodriguez
Attorney in Charge for Defendants
Harlingen Medical Center L.P., Prime Healthcare Services, Inc.
State Bar No. 00791553
Federal ID No. 18759
222 N. Expressway 77, Ste 203
Brownsville, TX 78521-2258
Telephone no.  (956) 574-9333
Telecopy No.  (956) 574-9337
**Attorney for Defendant Harlingen Medical, L.P.   Center and Prime Healthcare Services, Inc.**

OF COUNSEL:

ATLAS, HALL & RODRIGUEZ, LLP
222 N. Expressway 77, Ste 203
Brownsville, TX 78521-2258
Telephone no.  (956) 574-9333
Telecopy No.  (956) 574-9337

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 4, 2023, I electronically filed the foregoing Defendants Harlingen Medical Center, LP's and Prime Healthcare Services, Inc.'s Certificate of Interested Parties using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                         *Michael Rodriguez /s/*
                                          Michael Rodriguez