IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* DR. JOSE DONES | § § § § | |
| *Plaintiffs* | § § § | CIVIL ACTION NO. 1:21-cv-00181 |
| vs. | § § § | |
| HARLINGEN MEDICAL CENTER, L.P. DR. ERIC G. SIX, VALLEY NEUROSURGEONS, P.L.L.C., MICHAEL GONZALEZ, NUERA MEDICAL L.L.C. and PRIME HEALTHCARE SERVICES, INC. | § § § § § § § § | |
| *Defendants* | § | |

## ORDER

On the _____ day of _____, 2023, this Court considered the Motion to Dismiss filed by Defendants Michael Gonzales ("Mr. Gonzales") and NuERA Medical, L.L.C. ("NuERA") (collectively, "Moving Defendants"), asking this Court to dismiss Dr. Jose Dones's ("Relator") First Amended Complaint (Dkt. 18, "Complaint")("this motion").

After considering this motion, any responses and/or replies thereto, the evidence before the Court, and/or the arguments of counsel, this Court is of the opinion that this motion is meritorious and should be GRANTED in all respects.

It is therefore ORDERED, ADJUDGED and DECREED that all claims and causes of action that were asserted, or that could have been asserted, by Plaintiffs/Relator against Moving Defendants are dismissed with prejudice.

All relief sought by any party against any other party that is not explicitly granted in this

Order is DENIED.

This is a final judgment that adjudicates all claims of all parties and is appealable.

Signed on this _____ day of _____, 2023.

_____

**HON. FERNANDO RODRIGUEZ, JR.,**
**United States District Court Judge**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2023, I electronically filed the foregoing Defendants Michael Gonzales and NuERA Medical L.L.C.'s Proposed Order using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                   *__Clinton Mikel /s/__*
                                   Clinton Mikel