**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* DR. JOSE G. DONES,<br><br>Plaintiffs,<br><br>v.<br><br>HARLINGEN MEDICAL CENTER L.P., DR. ERIC G. SIX, VALLEY NEUROSURGEONS P.L.L.C., MICHAEL GONZALES, NUERA MEDICAL L.L.C., and PRIME HEALTHCARE SERVICES, INC.<br><br>Defendants. | Case No. 1:21-cv-181 |

### PRIME HEALTHCARE SERVICES, INC. AND HARLINGEN MEDICAL CENTER L.P.'S MOTION TO DISMISS RELATOR'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b) Defendants Harlingen Medical Center L.P. and Prime Healthcare Services, Inc. (the "Defendants"), respectfully move this Court to dismiss Relator's First Amended Complaint (Docket No. 18) with prejudice for Relator's failure to state a claim upon which relief can be granted under the False Claims Act, 31 U.S.C. §§ 3729(a)(1)(A)–(C), and the Texas Medicaid Fraud Prevention Act, Tex. Human Res. Code Ann. § 36.001, *et seq*. Defendants' Memorandum of Law in support of this Motion is filed concurrently herewith. As explained in more detail in Defendants' Memorandum of Law, the counts pleaded by Relator fail because Relator has not pleaded sufficient facts to meet the heightened pleading requirement of Rule 9(b).

Defendants respectfully request that this Court grant this Motion and dismiss Relator's Complaint in its entirety and with prejudice pursuant to Rule 12(b)(6).

Respectfully submitted this 29th day of May 2023.

        Respectfully Submitted,

        */s/ Edward Michael Rodriguez*
Edward Michael Rodriguez
Atlas Hall & Rodriguez LLP
222 N. Expressway 77
Ste 203
Brownsville, TX 78521
956-574-9333
Fax: 956-574-9337
Email: mrodriguez@atlashall.com

    */s/ Michael E. Paulhus*
Michael E. Paulhus (pro hac vice)
Stephanie F. Johnson (pro hac vice)
King & Spalding, LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
Email: mpaulhus@kslaw.com
Email: sfjohnson@kslaw.com

*Attorneys for Defendants Harlingen Medical Center L.P. and Prime Healthcare Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2023, I electronically filed a true and correct copy of the foregoing Motion to Dismiss by Defendants Harlingen Medical Center L.P. and Prime Healthcare Services, Inc. and accompanying Memorandum of Law and Proposed Order using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

    */s/ Edward Michael Rodriguez*
Edward Michael Rodriguez