UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* DR. JOSÉ G. DONES, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case Number: 1:21-cv-00181 |
| HARLINGEN MEDICAL CENTER L.P., DR. ERIC G. SIX, VALLEY NEUROSURGEONS P.L.L.C, MICHAEL GONZALES, NUERA MEDICAL L.L.C., and PRIME HEALTHCARE SERVICES, INC. | § § § § § § § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**

Having considered Defendants' Motions, Plaintiffs' Omnibus Response, and Defendants' Replies, Defendants' Motions are DENIED.

IT IS SO ORDERED.

DATED: August ___, 2023.

_____
HON. FERNANDO RODRIGUEZ, JR.
UNITED STATES DISTRICT JUDGE