UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF TEXAS *ex rel.* DR. JOSÉ G. DONES, §§§§ Plaintiffs, § § VS. § HARLINGEN MEDICAL CENTER, L.P., *et al.*, §§§ Defendants. | CIVIL ACTION NO. 1:21-CV-181 |

# **FINAL JUDGMENT**

The Court has granted the respective motions to dismiss filed by Defendants Harlingen Medical Center, Prime Healthcare Services, Inc., Dr. Eric Six, Valley Neurosurgeons, P.L.L.C., Michael Gonzales, and NuERA Medical, L.L.C., dismissing with prejudice Relator Dr. José G. Dones's causes of action based on federal law. (Order and Opinion, Doc. 41) The Court also dismissed Dr. Dones's causes of action under the Texas Medicaid Fraud Prevention Act without prejudice to refiling in a Texas state court, pursuant to 28 U.S.C. § 1367(c)(3). (*Id.*)

As a result, Relator Dr. José G. Dones shall take nothing by his lawsuit against any Defendant.

Each party shall be responsible for its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on November 9, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge